IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CIVIL ACTION

v. :

ANTHONY DENNIS JACKSON : NO. 09-1745

O R D E R

AND NOW, this 2nd day of April, 2012,

1. Plaintiff's motion to vacate my Order of February 17, 2012 is GRANTED and that Order is VACATED.

2. Defendant's motion for reconsideration of the Order of December 12, 2011 is DENIED.

3. Defendant's motion for relief from final judgment pursuant to Rule 60(b) is DENIED.

4. The Clerk is directed to close this case statistically.

/s/ *Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR.,    J.